UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

YVONNE GARTH,                                    CIV. No. 14-1022 (PAM/JSM)

     Plaintiff,                                    **ORDER**

v.

CAROLYN COLVIN, Acting
Commissioner of Social Security,

     The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 24, 2015.   No objections have been filed to that Report and Recommendation in the time period permitted.

     Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED that**:

     1.     The Report and Recommendation (Docket No. 17) is **ADOPTED**;

     2.     Defendant's Motion to Dismiss for Lack of Prosecution (Docket No. 11) is **GRANTED.**

     3.     This matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated: <u>March 17, 2015</u>

                               <u>*s/ Paul A. Magnuson*</u>
                               Paul A. Magnuson
                               United States District Court Judge